

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00774-CR

Delfino **LOPEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRN001126 D4
Honorable Oscar J. Hale Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 27, 2018.

_____
Patricia O. Alvarez, Justice